# United States Court of Appeals
### For the Eighth Circuit

_____

No. 17-2960

_____

United States of America

*Plaintiff - Appellee*

v.

Rowland F. Zerba, Jr.

*Defendant - Appellant*

_____

Appeal from United States District Court
for the Northern District of Iowa - Cedar Rapids

_____

Submitted: January 17, 2018
Filed: January 19, 2018
[Unpublished]

_____

Before WOLLMAN, LOKEN, and COLLOTON, Circuit Judges.

_____

PER CURIAM.

In this direct criminal appeal, Rowland Zerba challenges the district court[1] order revoking his supervised release and imposing a 7-month sentence, followed by

_____

[1]The Honorable Linda R. Reade, United States District Judge for the Northern District of Iowa.

2 years of supervised release. His counsel has moved to withdraw, and has submitted a brief stating that Zerba believes the district court lacked authority to sentence him to additional supervised release because 18 U.S.C. § 3583(h), which specifically allows for supervised release following revocation and reincarceration, was not in effect at the time of his initial sentencing.

After careful review of the record, we conclude that the district court had authority to impose a term of supervised release following a revocation prison term. See Johnson v. United States, 529 U.S. 694, 713 (2000); United States v. Palmer, 380 F.3d 395, 396-97 (8th Cir. 2004) (en banc) (standard of review). Accordingly, we grant counsel leave to withdraw, and affirm.

_____